```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| GREGORY S. BECKER, et al., | § § § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. C-07-115 |
| WABASH NATIONAL CORPORATION, et al., | § § § § § | |
| Defendants. | § § § § | |

## ORDER

On this day came on to be considered the motion of Defendants Wabash National Corporation and J.B. Hunt Transport, Inc. ("Defendants") to continue the initial pretrial and scheduling conference in the above-styled action, which is set for Friday, May 4, 2007, at 1:15 p.m. (D.E. 10).

The Court hereby DENIES Defendants' motion to continue the initial pretrial and scheduling conference in this case.

However, the parties may appear telephonically at the conference. The Court notes that if one party appears telephonically at the conference, all parties must appear by telephone. If the parties choose to appear telephonically at the conference, counsel for J.B. Hunt Transport, Inc. is ORDERED to contact the Court's case manager, Ms. Sondra Scotch, to set up the

phone conference.

SIGNED and ENTERED this 2nd day of May, 2007.

_____
Janis Graham Jack
United States District Judge