UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GREGORY S. BECKER, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | C.A. C-07-115 |
| | § | |
| WABASH NATIONAL | § | |
| CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

ORDER STRIKING PLEADING(S)

The clerk has filed <u>Plaintiffs Gregory S. Becker and Melissa A. Lambert's Motion to Compel J.B. Hunt Transport, Inc. and Ronald O. Roark to Provide Insurance Information In Initial Disclosures, Pursuant to Rule 26(a)(1)(D) and Rule 37(a)(2)(A) (D.E. 47)</u>, however, this document is deficient in the area(s) checked below:

1. ___ Pleading is not signed by, or by permission of, attorney-in-charge.(LR5.2)

2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re: conference w/opposing counsel/party (LR7.1D)

6. ___ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. __X__ Other: **Per General Order, Paragraph I(C), a party may not file any discovery motion without prior telephonic permission of the Court. Plaintiffs must follow the discovery procedure set forth in Paragraph I(C)(1) of the General Order.**

The clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated:   August 9, 2007

_____
JUDGE PRESIDING